[Cite as *Lerussi v. Calcutta Volunteer Fire Dept.*, 2023-Ohio-1171.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| CHRISTINE LEA LERUSSI | Case No. 2022-00657PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| CALCUTTA VOLUNTEER FIRE DEPARTMENT | |
| Respondent | |

{¶1} On February 28, 2023, a Special Master issued a Report and Recommendation (R&R) in this public-records case. The Special Master recommends (1) denying a Motion To Dismiss filed by Respondent Calcutta Volunteer Fire Department (Department) (R&R, 2), (2) ordering the Department "to produce the cancelled checks referred to at p. 5 and p. 10, ¶ 10 of its [Motion to Dismiss] upon [Requester Christine Lea Lerussi's] payment of the copying costs (R&R, 8)," "find[ing] that the balance of Lerussi's claims fail on the merits for want of proof (R&R, 8)," and awarding Lerussi "the amount of her filing fee and all others costs in this action." (R&R, 8.)

{¶2} Neither party has timely objected to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the Court determines that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation. The Court denies the Department's Motion To Dismiss, orders the Department to produce the cancelled checks referred to at p. 5 and p. 10, ¶ 10 of its Motion To Dismiss upon Lerussi's payment of the copying costs, and finds that the

balance of Lerussi's claims fail on the merits for want of proof. Lerussi is entitled to recover from the Department the amount of the filing fee of twenty-five dollars and any other costs associated with the action that are incurred by Lerussi, excepting attorney fees. Court costs are assessed against the Department. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK E. SHEERAN
Judge


**Filed March 17, 2023**
**Sent to S.C. Reporter 4/7/23**